```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LIN KWOK KEUNG,

                Plaintiff,

-against-

WINDSOR HOTEL INC., a New York corporation, d/b/a WINDSOR HOTEL, and SARA PARK MANAGEMENT CORP., a New York corporation,

                Defendants.

22 Civ. 7118 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties proposed case management plan. ECF No. 18. The parties have not agreed on whether this case should be tried to a jury. *Id.* ¶ 2. Accordingly, by **January 5, 2023**, the parties shall file a revised case management plan indicating whether this case should be tried to a jury.

    SO ORDERED.

Dated: December 29, 2022
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge